UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PAUL FRANK SCHOWACHERT,<br><br>     Plaintiff,<br><br>v.<br><br>BILL POLLEY,<br><br>     Defendant. | Case No.  1:23-cv-01579-JLT-EPG (PC)<br><br>ORDER ADOPTING IN FULL FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION WITH PREJUDICE AS DUPLICATIVE OF CASE NO. 1:21-cv-01107-ADA-HBK, DENYING PLAINTIFF'S MOTION TO APPOINT COUNSEL, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 8) |

John Paul Frank Schowachert is proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff's complaint alleges that the Jail Commander at Tuolumne County Jail directed medical staff to alter reports, which helped to cover up a severe assault on the Plaintiff by jail staff. (Doc. 1.) The Court referred the matter to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

The assigned magistrate issued findings and recommendations that this case be dismissed with prejudice as duplicative of *Schowachert v. Polley*, No. 1:21-cv-001107-ADA-HBK (E.D. Cal) *(Schowachert I)*. (Doc. 8.) The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days. (Doc. 8 at 5–6). Plaintiff has not filed any objections to the Findings and Recommendations, and the time to do so has lapsed.

Plaintiff filed a motion for "reasonable sums for legal [representation]" under Title II of Americans with Disabilities Act (ADA). (Doc. 9 at 2.) A plaintiff cannot bring an action under 42

1

U.S.C. § 1983 against a state official in his individual capacity to vindicate rights created by Title II of the ADA. *Vinson v. Thomas*, 288 F.3d 1145, 1156 (9th Cir. 2002). To the extent Plaintiff seeks appointment of counsel, the Court denies his motion. Plaintiff does not have a constitutional right to appointed counsel in this action, *Rand v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997), *withdrawn in part on reh'g en banc*, 154 F.3d 952 (9th Cir. 1998), and the Court cannot require an attorney to represent Plaintiff pursuant to 28 U.S.C. § 1915(e)(1). *Mallard v. United States District Court for the Southern District of Iowa*, 490 U.S. 296, 298 (1989). Because this action is being closed as duplicative, Plaintiff should make his request for counsel in the still-pending *Schowachert I* case.

According to 28 U.S.C. § 636 (b)(1)(C) and Local Rule 304, this Court conducted a de novo review of this case. Having carefully reviewed the entire action, the Court concludes the Findings and Recommendations to be supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on November 17, 2023 (Doc. 8) are **ADOPTED** in full.
2. All pending motions are **TERMINATED**.
3. This case is **DISMISSED**, with prejudice, as duplicative.
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **December 19, 2023**

/s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE

2